# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### NO. 03-25-00145-CV
---

**Leah Michal Rauhut, Appellant**

**v.**

**The City of Killeen and Killeen Animal Services, Appellees**

---
### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 24CCV01470, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING
---

### M E M O R A N D U M   O P I N I O N

The parties have filed a "Joint Motion to Dismiss the Appeal Pursuant to Rule 42.1(2) of the Texas Rules of Appellate Procedure," in which they request this Court to set aside the trial court's judgment dismissing the case and remand the case for adjudication on the merits. *See* Tex. R. App. P. 42.1(a)(2)(A). While styled as a joint motion to dismiss the appeal, the relief the parties request in the substance of their motion is that we render judgment in accordance with the parties' agreement that the trial court's judgment be reversed and the case be remanded for further proceedings. *See id.* (providing that Court may render judgment effectuating parties' agreement). We cannot both dismiss an appeal and reverse and remand the case. *See* Tex. R. App. P. 43.2; *Lantana Ridge Prop. Owners Ass'n, Inc. v. SJWTX, Inc.*, No. 03-19-00303-CV, 2021 WL 904865, at *1 (Tex. App.—Austin Mar. 10, 2021, no pet.) (mem. op.).

We deny the motion to the extent that it requests dismissal of the appeal but grant the remainder of the motion. We accordingly reverse the trial court's judgment of dismissal and remand the case to the trial court for further proceedings on the merits. *See* Tex. R. App. P. 42.1(a)(2), 43.2(d).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Reversed and Remanded

Filed: July 31, 2025